# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

TAJI HASAN,

                Plaintiff,

- against -

THE CITY OF NEW YORK, ARMANDO ERAZO and "JOHN" CALHOUN, the first name being fictitious and presently unknown, employees of the New York City Police Department,

                Defendants.

**07 CV 11467**

**SUMMONS IN A CIVIL CASE**

**JUDGE MARRERO**

To:    THE CITY OF NEW YORK, 100 Church Street, New York, New York 10007
ARMANDO ERAZO and "JOHN" CALHOUN, New York City Police Department, 83rd Precinct, 480 Knickerbocker Avenue, Brooklyn, New York 11237

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS

Matthew Flamm, 26 Court Street, Suite 600, Brooklyn, New York 11242

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DATE: DEC 21 2007

DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12/21/07 |
| NAME OF SERVER (PRINT)  Matthew Flamm | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. City of New York.  Place where served: 100 Church Street, N.Y., N.Y.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/07
         Date                    Signature of Server

26 Court Street, BKLYN, NY
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.