```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TAJI HASAN,                         :
                                    :
                    Plaintiff,      :
                                    :   07 CIV 11467(VM)
         - against -                :
                                    :
THE CITY OF NEW YORK, et al.,       :   ORDER
                                    :
                    Defendants.     :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRO[NICALLY FILE]D
DOC #: ___
DATE FILE[D]: 1-7-08

**VICTOR MARRERO, United States District Judge.**

In reviewing the Complaint filed in this matter the Court has noted that plaintiff Taji Hasan ("Hasan") asserts that he is a resident of Brooklyn, Kings County, New York, and that defendant City of New York (the "City"), is a municipal corporation of the State of New York, and that the individuals names as defendants were officers of the City's Police Department ("NYPD") at the relevant times. The complaint indicates that the events giving rise to the underlying action occurred in connection with the alleged unlawful arrest and prosecution of Hasan following an incident on or about the NYPD's 83rd Precinct in Brooklyn, New York. It therefore appears that all or most of the material events, documents, persons and potential witnesses related to this action are located in the Eastern District of New York. Accordingly, it is hereby

**ORDERED** that in the interest of justice, the maximum

convenience to the parties and witnesses, and of the efficient management of this Court's docket, the Clerk of Court is directed to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         4 January 2008

                                     _____
                                         VICTOR MARRERO
                                            U.S.D.J.