UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

TAJI HASAN,

                            Plaintiff,         NOTICE OF APPEARANCE

        -against-                     07-CV-11467 (VM)

THE CITY OF NEW YORK, et al.,

                            Defendants.

------------------------------------------------------------------ x

        PLEASE TAKE NOTICE that Barry K. Myrvold, Assistant Corporation Counsel of the Office of the Corporation Counsel of the City of New York, hereby appears as counsel for the defendants, CITY OF NEW YORK.

Dated: New York, New York
       January 14, 2008

                                          Respectfully submitted,

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                            City of New York
                                          *Attorney for Defendant*
                                          CITY OF NEW YORK
                                          100 Church Street, Room 3-162
                                          New York, New York 10007
                                          (212) 788-9391
                                          (212) 788-9776 fax
                                          bmyrvold@law.nyc.gov
                                          By: _____
                                                Barry Myrvold

TO:    Matthew Flamm
         Law Offices of Matthew Flamm        By ECF
         *Attorney for Plaintiff*